```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERROL T. WILEY               :    CIVIL ACTION
                             :
         v.                  :
                             :
CITY OF PHILADELPHIA         :
POLICE DEPARTMENT, et al.    :    NO. 12-5984
```

ORDER

AND NOW, this 19th day of May, 2014, upon consideration of the Defendants' Motion for Summary Judgment (Docket No. 31), the plaintiff's response thereto, and following an on-the-record telephone conference held on January 17, 2014, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendants and against the plaintiff on these claims.  This case is closed.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.